**Loria THOMAS, Plaintiff—Appellant,**

v.

**PALMETTO MANAGEMENT SERVICES, Defendant— Appellee.**

**No. 06–2087.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 26, 2007.

Loria Thomas, Appellant Pro Se. Stephen Terry Savitz, Christopher W. Johnson, Gignilliat, Savitz & Bettis, Columbia, South Carolina, for Appellee.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Loria Thomas appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of the defendant on her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thomas v. Palmetto Mgt. Servs.,* No. 3:05–cv–00017–CMC, 2006 WL 2623917 (D.S.C. Sept. 11, 2006). We grant the Appellee's motion to strike the appendix attached to Thomas' informal brief and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*